

February 23, 2021

**VIA ECF**

Honorable Vernon S. Broderick
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 2/24/2021

Re:   *Chevrestt v. Pace University,* 1:20-cv-~~03825~~ 9489 (VSB)

Dear Judge Broderick:

      We represent Plaintiff Angel Chevrestt ("Plaintiff") in the above-captioned case. We write pursuant to Section 1.G of the Court's Individual Rules & Practices to respectfully request that the default hearing scheduled for February 25, 2021, at 1:00 p.m. be adjourned *sine die* in light of the parties' stipulation to vacate the default by defendant Pace University ("Defendant") [Dkt. #17]. The parties intend to submit a proposed case management plan and scheduling order within 30 days, or at a time to be determined by the Court.

(1)  the original date of the hearing is February 25, 2021 at 1:00 p.m.;

(2)  no previous requests for adjournment or extension have been made;

(3)  no previous requests were granted or denied;

(4)  Counsel for Defendant consents to the requested relief;

(5)  The parties seek an adjournment based on their stipulation to vacate Defendant's default;

No other dates will be impacted by this request.

                                                            Respectfully Submitted,

                                                            **s/jameshfreeman/**
                                                            James H. Freeman

                                                           *Counsel for Plaintiff*

