```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ANGEL CHEVRESTT,                                            :
                                                            :
                            Plaintiff,                      :
                                                            :         19-CV-9489 (VSB)
            -against-                                       :
                                                            :              ORDER
PACE UNIVERSITY,                                            :
                                                            :
                            Defendant.                      :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

It has been reported to the Court that this case has been settled. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: March 12, 2021
       New York, New York

*Vernon Broderick*

Vernon S. Broderick
United States District Judge